

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. §<br>Plaintiff §<br>§<br>§<br>KAYLA FISHERIES, INC., RICARDO §<br>RIVERA, THREE ISLAND FISHERIES §<br>INC., M/V MISS KAY and M/V §<br>NEGRITA, their engines, nets, tackle, §<br>apparel, and furniture, etc., <u>in rem</u>, §<br>Defendants § | CIVIL ACTION NO. B-00-094<br><br>IN ADMIRALTY |

## MOTION FOR WARRANTS OF MARITIME ARREST-M/V MISS KAY, M/V NEGRITA AND FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW WELLS FARGO BANK TEXAS, N.A., Plaintiff herein and files this its Motion for Warrants of Maritime Arrest against the fishing vessels MISS KAY and NEGRITA and Appointment of Substitute Custodian and would request as follows:

1. Plaintiff states that an action *in rem* exists, the action being one of foreclosure and enforcement of maritime liens in accordance with 46 USC §31301 *et seq.*, and requests the Court, after consideration of the Plaintiff's Complaint, supporting affidavit and exhibits attached thereto on file in the above civil action and this Motion for an Order directing the United States District Clerk to issue Warrants of Maritime Arrest pursuant to Rule C of the Federal Rules of Civil Procedure against the fishing vessels

Motion for Warrants for Maritime Arrest (Miss Kay and Negrita)
and for Appointment of Substitute Custodian
w:\First*.ValleyB\Vessel Foreclosure\Kayla Fisheries Inc\"  tmv/vpg

Page 1 of 3

MISS KAY and NEGRITA, that the Court grant this motion and issue its orders accordingly.

2. Plaintiff requests the appointment of a substitute custodian in place of the U. S. Marshal in order to reduce the costs of seizure.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that:

1. this Court grant this Motion;

2. the United States District Clerk for the Southern District of Texas, Brownsville Division, be ordered to issue Warrants of Maritime Arrest against the fishing vessels MISS KAY and NEGRITA directing the United States Marshal to arrest the Defendant Vessels on behalf of the Plaintiff;

3. a copy of this order be attached to and served with the said Warrants of Maritime Arrest;

4. MARINE SALVAGE & SERVICES, INC. of Port Isabel, Texas be appointed Substitute Custodian and caretaker of the Defendant Vessels MISS KAY and NEGRITA, which custodian shall, during the pendency of this suit maintain the integrity of the said vessels, their hulls, machinery, winches and equipment, preserving at all times the continuing jurisdiction of this Honorable Court;

5. the U. S. Marshal for the Southern District of Texas be instructed to release the Defendant Vessels, MISS KAY and NEGRITA unto MARINE SALVAGE & SERVICES, INC., and that MARINE SALVAGE & SERVICES, INC. be given permission to arrange for removal of the vessels from where they may be found to MARINE SALVAGE & SERVICES, INC.'s docks or other location under its control;

Motion for Warrants for Maritime Arrest (Miss Kay and Negrita)
and for Appointment of Substitute Custodian
w:\First*.ValleyB\Vessel Foreclosure\Kayla Fisheries Inc\* tmv/vpg

Page 2 of 3

6. the Court order that except for their electronics which may be removed for safekeeping by the Substitute Custodian, no winches, equipment or other item of value be removed from the Defendant Vessels without the Court's Order or unless the Defendant Vessels are released on posting of adequate security;

7. in addition to notice by publication, notice of these proceedings be given to the owners, KAYLA FISHERIES, INC. and RICARDO RIVERA and such notification is to be made by Plaintiff or its counsel, through the United States Marshal;

8. the Defendant Vessels MISS KAY and NEGRITA be released from arrest without the necessity of further orders of this Court, provided the United States Marshal receives written authorization to do so from the undersigned attorney, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any intervenors, and they consent to the request for the release; and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessels.

SIGNED at Brownsville, Texas on this 23rd day of June, 2000.

RESPECTFULLY SUBMITTED,

RENTFRO, FAULK & BLAKEMORE, LLP

By: _____
T. MARK BLAKEMORE
SBN: 02431800 - Federal Admn. No. 1915

ATTORNEYS FOR PLAINTIFF WELLS FARGO BANK TEXAS, N.A.:
RENTFRO, FAULK & BLAKEMORE, LLP
185 E. Ruben M. Torres Sr. Blvd.
Brownsville, TX 78520-9136
(956) 541-9600-phone
(956) 541-9695-Facsimile
E-Mail: attorneys@rfbllp.com

Motion for Warrants for Maritime Arrest (Miss Kay and Negrita) and for Appointment of Substitute Custodian
w:\First*.ValleyB\Vessel Foreclosure\Kayla Fisheries Inc\"  tmv/vpg

Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. §<br>    Plaintiff §<br>§<br>§<br>KAYLA FISHERIES, INC., RICARDO §<br>RIVERA, THREE ISLAND FISHERIES §<br>INC., M/V MISS KAY and M/V §<br>NEGRITA, their engines, nets, tackle, §<br>apparel, and furniture, etc., <u>in rem</u>, §<br>    Defendants § | CIVIL ACTION NO. B-00-094<br><br>IN ADMIRALTY |

## AFFIDAVIT IN SUPPORT OF APPOINTING SUBSTITUTE CUSTODIAN

STATE OF TEXAS § 
§
COUNTY OF CAMERON §

BEFORE ME, the undersigned Notary Public, on this day personally appeared T. MARK BLAKEMORE, of RENTFRO, FAULK & BLAKEMORE, LLP, attorneys for WELLS FARGO BANK TEXAS, N.A. who being by me duly sworn on his oath deposed and said:

I.

I am the attorney of record for the plaintiff WELLS FARGO BANK TEXAS, N.A. in the above-entitled cause.

II.

In order to maintain the integrity of the Defendant Vessels, MISS KAY and NEGRITA their hulls, machinery, winches and equipment, during the pendency of this

suit and to preserve at all times the continuing jurisdiction of this Court, we file this affidavit in Support of Motion for Warrants for Maritime Arrest and for Appointment of Substitute Custodian.

### III.

In order to maintain the value of the vessels by the most economic means and ensure the integrity of Defendant Vessels, it will be in the best interests of all parties for the Court to appoint a Substitute Custodian and caretaker of the Defendant Vessels.

### IV.

MARINE SALVAGE & SERVICES, INC. has many years of experience serving as a substitute custodian for the United States Marshal in the caretaking of vessels of all types and sizes, including shrimp trawlers such as those that are the subject of this suit. It can provide adequate insurance to protect the value of the vessels.

RENTFRO FAULK & BLAKEMORE LLP

By: _____
T. Mark Blakemore

SUBSCRIBED AND SWORN TO BEFORE ME on the 22nd day of June, 2000, to certify which witness my hand and official seal.



_____
Notary Public, State of Texas

VIRGINIA P. GIL
Notary Public, State of Texas
My Commission Expires 10-20-2001