

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 23 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. § <br> Plaintiff § <br> § <br> § <br> KAYLA FISHERIES, INC., RICARDO § <br> RIVERA, THREE ISLAND FISHERIES § <br> INC., M/V MISS KAY and M/V § <br> NEGRITA, their engines, nets, tackle, § <br> apparel, and furniture, etc., in rem, § <br> Defendants § | CIVIL ACTION NO. B-00-094 <br><br> IN ADMIRALTY |

## HOLD HARMLESS AGREEMENT

WELLS FARGO BANK TEXAS, N.A. shall indemnify and save harmless the United States Marshal's Service and its officers, agents, and employees from any suits, actions, losses, damages, claims, or liability of any character, type, or description including without limiting the generality of the foregoing, all expenses of litigation, court costs, and attorneys fees for injury to any person or property received or sustained by any person or persons arising out of or occasioned by the execution of this Writ of Execution and removal of property by the United States Marshal's Service, its agents or employees, in the course of duly executing the Writ.

SIGNED AND EXECUTED on June 22, 2000.

WELLS FARGO BANK TEXAS, N.A.

By: _____
MARGARET RIVERA
Port Isabel Branch Manager

---

Hold Harmless Agreement
w:\First*.ValleyB\Vessel Foreclosure\kayla fisheries inc\"  tmb/vpg

Page 1 of 1

ClibPDF - www.fastio.com