5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-094 |
| | § | |
| KAYLA FISHERIES, INC., RICARDO | § | |
| RIVERA, THREE ISLAND FISHERIES | § | |
| INC., M/V MISS KAY and M/V | § | |
| NEGRITA, their engines, nets, tackle, | § | |
| apparel, appurtenances, etc., in rem, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF NOTICE

The Court **ORDERS** Plaintiff, WELLS FARGO BANK TEXAS, N.A., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). A copy of the complaint and a copy of the order to arrest the vessels M/V MISS KAY and M/V NEGRITA shall be sent by certified mail to:

(a) the master or individual in charge of the vessels;

(b) any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim of an undischarged lien on the vessels; and

(c) a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

DONE at Brownsville, Texas, this 26 day of June 2000.

Hilda G. Tagle
United States District Judge