6

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. Plaintiff | ) | |
| | ) | CIVIL ACTION NO. B-00-094 |
| KAYLA FISHERIES, INC., RICARDO RIVERA, THREE ISLAND FISHERIES, INC., M/V MISS KAY and M/V NEGRITA, their engines, nets, tackle, apparel, and furniture, etc., in rem Defendants | ) ) ) | |

## UNOPPOSED MOTION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT:

WELLS FARGO BANK TEXAS, N. A., Plaintiff, instituted this action against the M/V MISS KAY, and M/V NEGRITA, in rem and their respective owners, in personam. The full nature of Plaintiff's claim is set forth more fully in the verified complaint filed by WELLS FARGO BANK TEXAS, N.A. in which is seeks to foreclose alleged Preferred Ship Mortgages.

1) Intervenor, VALLEY ICE & FUEL CO., INC., has a lien on the property on which the Plaintiff seeks to foreclose, and Intervenor's lien is a right and interest in this property that is superior to the right of any other property in this action. Intervenor's lien arose when Intervenor at the instance and request of the Defendant Vessels' Owners and representatives, furnished fuel and other supplies to the Vessels. The amount furnished to the M/V NEGRITA at the request of its owner is $6,052.40, while the amount furnished to the M/V MISS KAY is $3,240.42.

2)   Intervenor has prepared a proposed Complaint in Intervention, a copy of which is attached hereto as EXHIBIT A and incorporated herein for all purposes.  Intervenor would respectfully this Court to grant it leave to file its Complaint in Intervention.

Respectfully submitted,

By: /s/ Dennis Sanchez
Dennis Sanchez
TSB # 17569600
Fed I.D. # 1594

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX  78521
Tel:  (956) 546-3731
Fax: (956) 546-3765/66

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6A the undersigned contacted T. Mark Blakemore, counsel for the Plaintiff, by telephone this 17th day of July, 2000 with respect to the above and foregoing Motion to Intervene, and Mr. Blakemore is unopposed to the filing of a Complaint in Intervention on behalf of Valley Ice & Fuel Co., Inc. as is shown by this Motion.

/s/ Dennis Sanchez
Dennis Sanchez

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion To Intervene** has been served upon T. Mark Blakemore, of RENTFRO, FAULK & BLAKEMORE, L.L.P., 185 E. Ruben M. Torres, Sr. Boulevard, Brownsville, TX  78520, counsel for the Plaintiff,  by U.S. Certified Mail, Return Receipt Requested, this 17th day of July, 2000.

/s/ Dennis Sanchez
Dennis Sanchez

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A.<br>　　Plaintiff | )<br> |
| | ) CIVIL ACTION NO. B-00-094 |
| KAYLA FISHERIES, INC., RICARDO<br>RIVERA, THREE ISLAND FISHERIES,<br>INC., M/V MISS KAY and M/V NEGRITA,<br>their engines, nets, tackle, apparel, and<br>furniture, etc., in rem<br>　　Defendants | )<br><br>)<br><br><br>) |

## COMPLAINT IN INTERVENTION

TO THE HONORABLE JUDGE OF SAID COURT:

　　COMES NOW VALLEY ICE & FUEL CO., INC., Intervenor herein, complaining of the Motor Vessels MISS KAY and NEGRITA, their engines, machinery, tackle, apparel, and furniture, in rem, Defendants herein, and for cause of action would respectfully show unto the Court the following:

I.

PARTIES

　　1)　Intervenor, VALLEY ICE & FUEL CO., INC., is a Texas corporation having its principal place of business in Brownsville, Cameron County, Texas.

　　2)　Defendants M/V NEGRITA and M/V MISS KAY, are shrimp trawlers. The owner of the M/V NEGRITA is THREE ISLAND FISHERIES, INC., a Texas corporation. the owner of the M/V MISS KAY is KAYLA FISHERIES, INC., a Texas corporation. Defendants may be served with process at the turning basin at the Port of Port Isabel, Cameron County,

Texas.

## II.

### JURISDICTION AND VENUE

3) This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) and Supplemental Rule C of the Federal Rules of Civil Procedure. This Court has subject matter jurisdiction under 46 USC § 31342 and 28 USC § 1333.

## III.

### FACTS OF THE CASE

4) WELLS FARGO BANK TEXAS, N.A., as Plaintiff, instituted this action against the above-described vessels, in rem and their respective corporate owners, in personam. The action of Plaintiff is to foreclose preferred ship mortgages against such vessels. The full nature of Plaintiff's claim is set forth more fully in the Verified Complaint filed by WELLS FARGO BANK TEXAS, N.A.

5) VALLEY ICE & FUEL CO., INC. has a lien on the Defendant Vessels, in rem which Plaintiff seeks to foreclose, and Intervenor's lien is a right and interest in that property. Intervenor's lien arose against the M/V NEGRITA when Intervenor sold fuel to the subject in rem vessel on July 28th and again on October 23, 1998. True and correct copies of the invoices of the fuel and supplies provided to such Defendant Vessel are attached hereto as EXHIBIT A and incorporated herein for all purposes.

6) The M/V NEGRITA is currently indebteded to Intervenor in the amount of $6,052.40, after allowing all offsets and adjustments.

7) VALLEY ICE & FUEL CO., INC.'s lien arose against the Defendant Vessel, MISS KAY, when Intervenor sold fuel to the subject in rem vessel on September 3, October 1, October

14, and on October 31, 1998, for a total amount due and owing of $3,240.42 after allowing all offsets and adjustments. True and correct copies of the invoices of the fuel and supplies provided to such Defendant Vessel are attached hereto as EXHIBIT B and incorporated herein for all purposes.

8) Intervenor's lien against the vessels arose at the instance and request of the Defendant Vessels' representatives when Intervenor furnished fuel and other supplies to such vessels, and the amount charged for such fuel and supplies was and is the reasonable value of those commodities.

9) Intervenor, VALLEY ICE & FUEL CO., INC., has a claims a maritime lien against the above-named vessels in the amounts set forth above.

10) Intervenor requests that the court fix and determine the validity of Intervenor's lien as against the Defendant Vessels and that the Court determine and declare the priority of Intervenor's lien viz a viz the lien of Plaintiff or any other party claiming against the Defendant Vessels.

WHEREFORE, PREMISES CONSIDERED, Intervenor prays:

A. that all persons claiming an interest in the vessels be cited to appear and answer on oath, all and singular the matters aforesaid;

B. that process be issued against the Defendant Vessels and that said Vessels, their engines, tackle, apparel, and all of their necessaries thereto belonging and appertaining, be condemned and sold to pay the demand and claims, together with pre and post judgment interest as allowed;

C.  that Intervenor's lien be ordered foreclosed and the Defendant Vessels sold, with the proceeds of the sale paid as ordered by this Court to the legitimate lien claimants;

D.  that Intervenor be awarded reasonable attorney's fees and pre and post judgment allowed by law, together with costs of suit; and

E.  that Intervenor be granted such other and further relief to which Intervenor shall be justly entitled.

Respectfully submitted,

By: *[signature]*
Dennis Sanchez
TSB # 17569600
Fed I.D. # 1594

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521
Tel: (956) 546-3731
Fax: (956) 546-3765/66

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Complaint In Intervention** has been served upon T. Mark Blakemore, of RENTFRO, FAULK & BLAKEMORE, L.L.P., 185 E. Ruben M. Torres, Sr. Boulevard, Brownsville, TX 78520, counsel for the Plaintiff, by U.S. Certified Mail, Return Receipt Requested, this 17th day of July, 2000.

*[signature]*
Dennis Sanchez

## M/V:  NEGRITA

```
Inv: 0499-PI        $ 2,678.72      July 23, 1998
Interest              +898.50       June 30, 2000
Down-payment          -200.00       July 26, 1999    CK:11449

Inv: 0579-PI        $ 2,047.98      Oct. 03, 1998
Interest              +627.20       July 03, 2000
                    --------
TOTAL AMOUNT DUE:.. $ 6,052.40
```

## M/V: MISS KAY

```
Inv: 0543-PI        $     23.91     Sept. 3, 1998
Inv: 0574-PI          2,344.95      Oct. 01, 1998
Inv: 0585-PI              7.97      Oct. 14, 1998
Inv: 0597-PI            105.06      Oct. 31, 1998
Interest                758.53      July 03, 2000
                    --------
TOTAL AMOUNT DUE:.. $ 3,240.42


                    --------
                    $ 9,292.82      AMOUNT DUE ON BOTH BOATS.
                    ========
```

EXHIBIT A

# EXXON Lyondell LUBRICANTS () Mobil
## VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • BROWNSVILLE, Texas 78521

NUMBER: 0499-12
DATE: 7/3/98



SOLD TO: M/V Necrita

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|
| 5,500 | Gls. | Diesel #2 (H/S) | .485 | 2,570.00 |
| 23 | Gls | Lub oil | 3.45 | 79.35 |
| 1 | Cs. | Grease | 15.00 | 15.00 |
| 1 | Box | Rags | 7.50 | 7.50 |

**PAID JUL 26 1999**
Bal. $2,478.72  CK #11449

Dyed Diesel Fuel, Nontaxable Use Only, Penalty For Taxable Use

SUB TOTAL: 2,672.85
SALES TAX: 6.37
TOTAL DUE: $2,678.72

Cash discount (1%) - 2.12
Total $2,466.72

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1-1/2% PER MONTH

SERVICED / DELIVERED BY:
BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION
BY: RO RO
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT A-1

# EXXON Lyondell · Mobil
# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521



INVOICE: 0579-??
DATE: 10/3/98
DIVISION: ?1 facility

SOLD TO: LA VERITA

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|
| 3575 | Gls | Diesel #2 | .545 | 1948.31 |
| 25 ✓ | Gal | Lub Oil | 3.45 | 86.25 |
| 1 | Box | Rags | 7.50 | 7.50 |

Dyed Diesel Fuel, Nontaxable Use Only, Penalty For Taxable Use

| | |
|---|---|
| SUB TOTAL | 2042.12 |
| SALES TAX | 5.86 |
| TOTAL DUE | $2047.8 |

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:
BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION
BY: _____
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT A-2




# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14, • BROWNSVILLE, Texas 78521

**No.** 0543-PL
**DATE:** 9-3-98
**DIVISION:** Valley Ice & Fuel

**SOLD TO:** M/C Miss Kay

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | | AMOUNT |
|---|---|---|---|---|---|
| 1 | Box | Rags | 7.50 | | 7.50 |
| 1 | W. | Grease | 5.00 | | 15.00 |

22.50
1.41
Total $23.91

**SUB TOTAL**
**SALES TAX**
**TOTAL DUE** $22.50

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

**SERVICED / DELIVERED BY:**
BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

**ABOVE GOODS RECEIVED IN GOOD CONDITION**
BY: Orster Proyne
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT B-1

# EXXON Lyondell LUBRICANTS () Mobil
# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70 Box 14 • Brownsville, Texas 78521

**DATE:** 10/1/98

Sold To: M/V Miss Kay

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|
| 4000 | Gls | Diesel #2 | .545 | 2180.00 |
| 45 1 | Gls. | Lub oil | 3.45 | 155.25 |

| | |
|---|---|
| SUB TOTAL | 2,335.25 |
| SALES TAX | 9.70 |
| TOTAL DUE | $2,344.95 |

**NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH**

SERVICED / DELIVERED BY:

BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT B-2

# EXXON Lyondell Mobil
## VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

| | |
|---|---|
| NUMBER | 0555-PL |
| DATE | 10/14/98 |
| SALE | 585-PI |
| DIVISION | PI Quantity |

**SOLD TO:** M/U Mary Kay

**SHIP TO:**

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | TC | AMOUNT |
|---|---|---|---|---|---|
| 1 | Box | Rags | 7.50 | | 7.50 |

| | |
|---|---|
| SUB TOTAL | 7.50 |
| SALES TAX | .47 |
| TOTAL DUE | $7.97 |

**NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH**

SERVICED / DELIVERED BY:
BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION
BY: Orsteo Ysaguirre
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT B-3

ClibPDF - www.fastio.com

# EXXON Lyondell Mobil
## VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

| | |
|---|---|
| DATE | 10-31-98 |
| INVOICE | 0597-PI |
| DIVISION | P.I. Facility |

**M/V:** Miss kay

**SHIP TO:**

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|
| 206 | Gls | Diesel #2 | .51 | 105.06 |
| | | Dyed Diesel Fuel, Nontaxable Use Only, Penalty For Taxable Use | | |
| | | | SUB TOTAL | 105.06 |
| | | | SALES TAX | -0- |
| | | | TOTAL DUE | $105.06 |

**NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH**

SERVICED / DELIVERED BY:

BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT B-4