IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. )<br>     Plaintiff | |
| ) | CIVIL ACTION NO. B-00-094 |
| KAYLA FISHERIES, INC., RICARDO )<br>RIVERA, THREE ISLAND FISHERIES,<br>INC., M/V MISS KAY and M/V NEGRITA, )<br>their engines, nets, tackle, apparel, and<br>furniture, etc., in rem<br>     Defendants      ) | |

## COMPLAINT IN INTERVENTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW VALLEY ICE & FUEL CO., INC., Intervenor herein, complaining of the Motor Vessels MISS KAY and NEGRITA, their engines, machinery, tackle, apparel, and furniture, in rem, Defendants herein, and for cause of action would respectfully show unto the Court the following:

I.

### PARTIES

1) Intervenor, VALLEY ICE & FUEL CO., INC., is a Texas corporation having its principal place of business in Brownsville, Cameron County, Texas.

2) Defendants M/V NEGRITA and M/V MISS KAY, are shrimp trawlers. The owner of the M/V NEGRITA is THREE ISLAND FISHERIES, INC., a Texas corporation. the owner of the M/V MISS KAY is KAYLA FISHERIES, INC., a Texas corporation. Defendants may be served with process at the turning basin at the Port of Port Isabel, Cameron County,

Texas.

## II.

### JURISDICTION AND VENUE

3) This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) and Supplemental Rule C of the Federal Rules of Civil Procedure. This Court has subject matter jurisdiction under 46 USC § 31342 and 28 USC § 1333.

## III.

### FACTS OF THE CASE

4) WELLS FARGO BANK TEXAS, N.A., as Plaintiff, instituted this action against the above-described vessels, in rem and their respective corporate owners, in personam. The action of Plaintiff is to foreclose preferred ship mortgages against such vessels. The full nature of Plaintiff's claim is set forth more fully in the Verified Complaint filed by WELLS FARGO BANK TEXAS, N.A.

5) VALLEY ICE & FUEL CO., INC. has a lien on the Defendant Vessels, in rem which Plaintiff seeks to foreclose, and Intervenor's lien is a right and interest in that property. Intervenor's lien arose against the M/V NEGRITA when Intervenor sold fuel to the subject in rem vessel on July 28th and again on October 23, 1998. True and correct copies of the invoices of the fuel and supplies provided to such Defendant Vessel are attached hereto as EXHIBIT A and incorporated herein for all purposes.

6) The M/V NEGRITA is currently indebteded to Intervenor in the amount of $6,052.40, after allowing all offsets and adjustments.

7) VALLEY ICE & FUEL CO., INC.'s lien arose against the Defendant Vessel, MISS KAY, when Intervenor sold fuel to the subject in rem vessel on September 3, October 1, October

14, and on October 31, 1998, for a total amount due and owing of $3,240.42 after allowing all offsets and adjustments. True and correct copies of the invoices of the fuel and supplies provided to such Defendant Vessel are attached hereto as EXHIBIT B and incorporated herein for all purposes.

8) Intervenor's lien against the vessels arose at the instance and request of the Defendant Vessels' representatives when Intervenor furnished fuel and other supplies to such vessels, and the amount charged for such fuel and supplies was and is the reasonable value of those commodities.

9) Intervenor, VALLEY ICE & FUEL CO., INC., has a claims a maritime lien against the above-named vessels in the amounts set forth above.

10) Intervenor requests that the court fix and determine the validity of Intervenor's lien as against the Defendant Vessels and that the Court determine and declare the priority of Intervenor's lien viz a viz the lien of Plaintiff or any other party claiming against the Defendant Vessels.

WHEREFORE, PREMISES CONSIDERED, Intervenor prays:

A.  that all persons claiming an interest in the vessels be cited to appear and answer on oath, all and singular the matters aforesaid;

B.  that process be issued against the Defendant Vessels and that said Vessels, their engines, tackle, apparel, and all of their necessaries thereto belonging and appertaining, be condemned and sold to pay the demand and claims, together with pre and post judgment interest as allowed;

C.  that Intervenor's lien be ordered foreclosed and the Defendant Vessels sold, with the proceeds of the sale paid as ordered by this Court to the legitimate lien claimants;

D.  that Intervenor be awarded reasonable attorney's fees and pre and post judgment allowed by law, together with costs of suit; and

E.  that Intervenor be granted such other and further relief to which Intervenor shall be justly entitled.

Respectfully submitted,

By: *Dennis Sanchez* (signature)
Dennis Sanchez
TSB # 17569600
Fed I.D. # 1594

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521
Tel: (956) 546-3731
Fax: (956) 546-3765/66

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Complaint In Intervention** has been served upon T. Mark Blakemore, of RENTFRO, FAULK & BLAKEMORE, L.L.P., 185 E. Ruben M. Torres, Sr. Boulevard, Brownsville, TX 78520, counsel for the Plaintiff, by U.S. Certified Mail, Return Receipt Requested, this 17th day of July, 2000.

*Dennis Sanchez* (signature)
Dennis Sanchez

M/V:  <u>NEGRITA</u>

| | | | |
|---|---|---|---|
| Inv: 0499-PI | $ 2,678.72 | July 23, 1998 | |
| Interest | +898.50 | June 30, 2000 | |
| Down-payment | -200.00 | July 26, 1999 | CK:11449 |
| Inv: 0579-PI | $ 2,047.98 | Oct. 03, 1998 | |
| Interest | +627.20 | July 03, 2000 | |
| TOTAL AMOUNT DUE:.. | $ 6,052.40 | | |

M/V: <u>MISS KAY</u>

| | | |
|---|---|---|
| Inv: 0543-PI | $      23.91 | Sept. 3, 1998 |
| Inv: 0574-PI | 2,344.95 | Oct. 01, 1998 |
| Inv: 0585-PI | 7.97 | Oct. 14, 1998 |
| Inv: 0597-PI | 105.06 | Oct. 31, 1998 |
| Interest | 758.53 | July 03, 2000 |
| TOTAL AMOUNT DUE:.. | $ 3,240.42 | |

$ 9,292.82   AMOUNT DUE ON BOTH BOATS.

EXHIBIT A

# EXXON Lyondell () Mobil
# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • BROWNSVILLE, Texas 78521

NUMBER: 0499-72
DATE: 7/3/98
PAGE:
DIVISION: Pt Isabel

SOLD TO: M/V Necceta
SHIP TO:

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | TC | AMOUNT |
|---|---|---|---|---|---|
| 5,300 | Gls | Diesel #2 (H/S) | .485 | | 2,570.50 |
| 23 | Gls | Lub oil | 3.45 | | 79.35 |
| 1 | Cs. | Grease | 15.00 | | 15.00 |
| 1 | Box | Rags | 7.50 | | 7.50 |

PAID JUL 26 1999
Bal $2478.72 CK#11449

Dyed Diesel Fuel, Nontaxable Use Only, Penalty For Taxable Use

SUB TOTAL: 2,672.35
SALES TAX: 6.37
TOTAL DUE: $2,678.72

Cash discount (1%) -21.2
Total $2,466.7

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1-1/2% PER MONTH

SERVICED / DELIVERED BY:
BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION
BY: RO RO
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT A-1

# EXXON Lyondell Mobil
# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521



INVOICE: 0579-?
DATE: 10/3/??
DIVISION: ?? facility

SOLD TO: LA ??rita

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | TC | AMOUNT |
|---|---|---|---|---|---|
| 35.75 | gls | Diesel #2 | .545 | | 1948.3? |
| 25 | gl. | Lub oil | 3.45 | | 86.25 |
| 1 | Box | rags | 7.50 | | 7.50 |

Dyed Diesel Fuel, Nontaxable Use Only, Penalty For Taxable Use

SUB TOTAL: 2 042.?
SALES TAX: 5.86
TOTAL DUE: $2 047.?

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:
BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION
BY: _____
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT A-2



# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

**DATE:** 9-3-98

**No:** 0543-PL

**Sold To:** M/O Miss Kay

**Ship To:** Valley Ice & Fuel

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|
| 1 |  | Ice Bags | 7.50 | 7.50 |
| 1 | W | Grease | 15.00 | 15.00 |

22.50
1.41
total $23.91

**SUB TOTAL** 22.50
**SALES TAX** 1.41
**TOTAL DUE** $23.91

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:
BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION
BY: _____
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT B-1

# EXXON  Lyondell ()  Mobil
# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70 Box 14 • Brownsville, Texas 78521

DATE: 10/1/98

SOLD TO: Mrs Kay

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|
| 4000 | Gls | Diesel #2 | .545 | 2180 |
| 451 | Gls. | Lub oil | 3.45 | 155.2 |

SUB TOTAL: 2,335
SALES TAX: 9.70
TOTAL DUE: $2,344

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:

BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT B-2

# EXXON Lyondell () Mobil
## VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

| NUMBER | 0555-PI |
|---|---|
| DATE | 10/14/98 |
| PAGE | 585-PI |
| DIVISION | PI facility |

| SOLD TO | SHIP TO |
|---|---|
| M/V Mrs. Kay | |

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | TC | AMOUNT |
|---|---|---|---|---|---|
| 1 | Box | Rags | 7.50 | | 7.50 |

| | |
|---|---|
| SUB TOTAL | 7.50 |
| SALES TAX | .47 |
| TOTAL DUE | $7.97 |

**NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH**

SERVICED / DELIVERED BY:

BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _Arturo Ysaguirre_
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT B-3

# EXXON Lyondell Mobil
# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

DATE: 10-31-98      0597-PI

P.I. Facility

**SOLD TO:** M/V Miss Kay

**SHIP TO:**

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | AMOUNT |
|---|---|---|---|---|
| 206 | Gls | Diesel #2 | .51 | 105.06 |
| | | Dyed Diesel Fuel, Nontaxable Use Only, Penalty For Taxable Use | | |

SUB TOTAL: 105.06
SALES TAX: -0-
TOTAL DUE: $105.06

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:
BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION
BY: _____
INDIVIDUAL (OWNER OR OWNER'S AGENT)

EXHIBIT B-4