

```
                    United States District Court
                    Southern District of Texas
                             FILED

                         JUL 1 9 2000

                       Michael N. Milby
                         Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. § | |
|     Plaintiff § | |
| § | |
| KAYLA FISHERIES, INC., RICARDO § | |
| RIVERA, THREE ISLAND FISHERIES § | CIVIL ACTION NO. B-00-094 |
| INC., M/V MISS KAY AND M/V § | |
| NEGRITA, their engines, nets, tackle, § | |
| apparel, and furniture, etc., <u>in rem</u>, § | |
|     Defendants § | |



## <u>UNOPPOSED MOTION TO INTERVENE</u>
## <u>OF ZIMCO MARINE, INC.</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **ZIMCO MARINE, INC.** ("Zimco") pursuant to Rule 24, Federal Rules of Civil Procedure and files this its Unopposed Motion to intervene in this civil action, and would show:

    1.    **ZIMCO** is a corporation duly organized, created and existing under and by virtue of the laws of the State of Texas doing business within the jurisdiction of this Court.

    2.    The **M/V NEGRITA**, Official Number 665573, is currently under maritime arrest by the U. S. Marshal pursuant to the allegations within Plaintiff's Complaint filed by **WELLS FARGO BANK, N.A.**.

    3.    Defendant **RICARDO RIVERA** ("Rivera") is an individual residing in Cameron County, Texas, who may be served with process at 129 Channel Street, Port Isabel, Texas 78578.

4.   Zimco provided necessaries to the vessel NEGRITA for which payment in full has not been made as shown by the Original Complaint attached hereto. Rivera, as owner, requested such necessaries and guaranteed payment of the obligations of the M/V NEGRITA.

WHEREFORE, Zimco prays this Court enter its order allowing Zimco to intervene in this cause and for such other and further relief to which it may be entitled.

DATED: July 19, 2000.

Respectfully submitted,

**FLEMING & OLVERA, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521
Telephone:  (956) 982-4404
Telecopier:  (956) 982-0943

By: _/s/ Tom Fleming_
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

**COUNSEL FOR INTERVENOR,
ZIMCO MARINE, INC.**

## CERTIFICATE OF CONFERENCE

All Counsel-of-record herein have indicated they have no opposition to this Motion to Intervene by Zimco Marine, Inc.

_/s/ Tom Fleming_
Tom Fleming

## CERTIFICATE OF SERVICE

I, Tom Fleming, certify that a true and correct copy of the foregoing **UNOPPOSED MOTION TO INTERVENE OF ZIMCO MARINE, INC.** was mailed July _19_, 2000 via Certified United States Mail, Return Receipt Requested, Number Z 403 373 487, to the following Counsel-of-record:

    **COUNSEL FOR PLAINTIFF,**
    **WELLS FARGO BANK TEXAS, N.A.:**
    T. Mark Blakemore
    RENTFRO, FAULK & BLAKEMORE, L.L.P.
    185 E. Ruben M. Torres Sr. Blvd.
    Brownsville, Texas 78520-9136

_____
Tom Fleming

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK TEXAS, N.A.** | § | |
| Plaintiff | § | |
| | § | |
| **KAYLA FISHERIES, INC., RICARDO** | § | |
| **RIVERA, THREE ISLAND FISHERIES** | § | CIVIL ACTION NO. B-00-094 |
| **INC., M/V MISS KAY AND M/V** | § | |
| **NEGRITA,** their engines, nets, tackle, | § | |
| apparel, and furniture, etc., <u>in rem</u>, | § | |
| Defendants | § | |

## ORIGINAL COMPLAINT IN INTERVENTION OF ZIMCO MARINE, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **ZIMCO MARINE, INC.** ("Zimco") and files this its Original Complaint in Intervention in the above referenced cause, and would show:

1. This is a case of admiralty and maritime jurisdiction as hereinafter shown within the meaning of Rule 9(h). This Court has subject matter jurisdiction under 46 U.S.C. § 31342 and 28 U.S.C. § 1333.

2. Zimco is a Texas corporation which sells maritime necessaries and services in Cameron County, Texas. Beginning in September 1995, Zimco began to sell necessaries to the **M/V NEGRITA**, Official Number 665573, at the request of its owner, **RICARDO RIVERA** ("Rivera"). At all times material to this litigation, Rivera has owned and operated the M/V NEGRITA.

3. At the request of Rivera, Zimco has provided necessaries and services to the M/V NEGRITA on various occasions. During the course of dealings, Rivera has

made partial payments to Zimco on behalf of the M/V NEGRITA, and the vessel currently is indebted to Zimco in the amount of Six Thousand One Hundred Ninety-two and 87/100ths ($6,192.87) Dollars. All services and necessaries supplied to the M/V NEGRITA predate the ship's mortgage which Plaintiff **WELLS FARGO BANK TEXAS, N.A.** alleges as a lien against vessel except the charge of One Thousand One Hundred Three and 03/100ths ($1,103.43) Dollars incurred August 1, 1998.

4. On June 30, 1991, Rivera agreed in writing to pay Twelve (12%) Percent per annum interest on the balance of the account held by Zimco and, additionally, agreed in writing on June 30, 1994 to guarantee the payment of such account.

5. On June 23, 2000, Plaintiff **WELLS FARGO BANK TEXAS, N.A.** filed its Plaintiff's Complaint by which it caused the U. S. Marshal to seize the M/V NEGRITA for nonpayment of a renewal and modification note dated March 14, 1997, allegedly secured by a ship's mortgage dated June 24, 1996 against the M/V NEGRITA.

6. The ship's mortgage alleged by Plaintiff Wells Fargo Bank Texas, N.A. to create a lien against the M/V NEGRITA is void and cannot create such a lien because the vessel is under no obligation to Plaintiff nor has the vessel been pledged as collateral for any debt owed Plaintiff by its owner, Rivera. Zimco is, therefore, in a superior position to Plaintiff in that its lien for necessaries supplied prior to the purported ship's mortgage is superior in time and its otherwise inferior lien for One Thousand One Hundred Three and 43/100ths ($1,103.43) Dollars supplied on August 1, 1998 is superior to the void mortgage.

7. Zimco has made demand for the sums due from Rivera and/or from the M/V NEGRITA on numerous occasions, but the obligation has not been paid.

8. Zimco has found it necessary to hire the firm of Fleming & Olvera, P.C. to protect its interest and is entitled to its reasonable and necessary attorney's fees incurred.

Zimco prays:

A. That Zimco's lien be deemed superior to the preferred ship's mortgage allegedly held by Wells Fargo Bank of Texas, N.A.;

B. That the vessel M/V NEGRITA, her masts, boilers, cables, engines, rigging, anchors, chains, tackle, apparel, furniture, fittings, tools, pumps, equipment and/or supplies and other appurtenances, accessories, additions, improvements and replacements now and hereafter belonging thereto, whether or not removed therefrom, be condemned and sold to satisfy the demands and claims aforesaid, free and clear of all liens and encumbrances, with the proceeds thereof distributed according to law;

C. Further, Zimco seeks a declaration and award of reasonable and necessary attorney's fees incurred herein;

D. That Zimco be awarded and have judgment against Ricardo Rivera in the amount of Six Thousand One Hundred Ninety-two and 87/100ths ($6,192.87) Dollars plus interest at the contractual rate of Twelve (12%) Percent per annum, costs and attorney's fees; and

E. That Zimco have such other and further relief as may be proper in law, equity or admiralty.

DATED: July 19, 2000.

                Respectfully submitted,

**FLEMING & OLVERA, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

By: _/s/ Tom Fleming_
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

**COUNSEL FOR INTERVENOR,
ZIMCO MARINE, INC.**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | **VERIFICATION** |
| COUNTY OF CAMERON | § | |

Harley Londrie, being duly sworn, deposes and says:

That he is ___Vice-President___ of **ZIMCO MARINE, INC.** and that the above and foregoing allegations in the Original Complaint in Intervention are true and correct.

_____Harley Londrie_____
Harley Londrie

SUBSCRIBED AND SWORN TO BEFORE ME by the said Harley Londrie, on the 19th day of July, 2000, to certify which WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE.



_____Barbara Warnke_____
Notary Public, State of Texas.

---

ORIGINAL COMPLAINT IN INTERVENTION OF ZIMCO MARINE, INC.                                              Page 5 of 6
TF/bgw #001045   L:\WARNKE\CLIENT\ZIMCO\NEGRITA.KAY\8-00-094\COMPLAIN.INT

## CERTIFICATE OF SERVICE

I, Tom Fleming, certify that a true and correct copy of the foregoing **ORIGINAL COMPLAINT IN INTERVENTION OF ZIMCO MARINE, INC.** was mailed July __19__, 2000 via Certified United States Mail, Return Receipt Requested, Number Z 403 373 487, to the following Counsel-of-record:

> **COUNSEL FOR PLAINTIFF,**
> **WELLS FARGO BANK TEXAS, N.A.:**
> T. Mark Blakemore
> RENTFRO, FAULK & BLAKEMORE, L.L.P.
> 185 E. Ruben M. Torres Sr. Blvd.
> Brownsville, Texas 78520-9136

_Tom Fleming_
Tom Fleming