**U. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

13

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WELLS FARGO BANK TEXAS NA | B-00-094 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| RICARDO RIVERA | WARRANT OF ARREST |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

F/V NEGRITA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

United States District Court
Southern District of Texas
FILED

JUL 19 2000

Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
RENTFRO FAULK & BLAKEMORE LLP
185 E RUBEN M TORRES SR BLVD
BROWNSVILLE TX 78520-9136

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Coordinate arrest with MARINE SALVAGE & SERVICES INC (William E "Billy" Kenon), telephone 943-2648, the appointed Substitute Custodian.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (956) 541-9600
DATE: 6-22-00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
RICARDO RIVERA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
401 CISNEROS
PORT ISABEL, TEXAS 78578

Date of Service: 06/26/2000
Time: 4:00 pm

Signature of U.S. Marshal or Deputy: Mark Walker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | -0- | -0- | $40.00 | -0- | $40.00 | -0- |

**REMARKS:** VESSEL WAS UNOCCUPIED. PROCESS WAS LEFT IN PLAIN VIEW ON THE BRIDGE. COPIES OF THE PROCESS WERE SERVED ON RICARDO RIVERA. MILEAGE CHARGED ON RICARDO RIVERA 285. 1 DUSM.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|