IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUL 3 1 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

WELLS FARGO BANK TEXAS, N.A.          )
    Plaintiff

                                )   CIVIL ACTION NO.  B-00-094

KAYLA FISHERIES, INC., RICARDO          )
RIVERA, THREE ISLAND FISHERIES,
INC., M/V MISS KAY and M/V NEGRITA,   )
their engines, nets, tackle, apparel, and
furniture, etc., in rem                         )
    Defendants                              )

ORDER PERMITTING INTERVENTION

ON THE ___28___ day of July, 2000 came on to be considered the Motion of

VALLEY ICE & FUEL CO., INC., applicant for intervention as Plaintiff herein, and it being

shown to the satisfaction of the Court that its application is appropriate and that it claims a

maritime lien upon the Defendant Vessels NEGRITA and MISS KAY, and that VALLEY ICE &

FUEL CO., INC. is entitled to intervene as a matter of right.  It is therefore,

ORDERED that VALLEY ICE & FUEL CO., INC. be permitted to intervene in this

action as Plaintiff upon the Complaint attached to its motion on file herein, and that the

Defendant Vessels NEGRITA and MISS KAY shall serve their answers thereto within

___20___ days from the date of this order.

DONE at Brownsville, Texas on the ___28___ day of July, 2000.

_____
JUDGE PRESIDING

L:\DATA\D18\18868\Order Allowing InterventionMot to Intervene.wpd                    Page 1