16

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **WELLS FARGO BANK TEXAS, N.A.** § | |
| Plaintiff § | |
| § | |
| **KAYLA FISHERIES, INC., RICARDO** § | |
| **RIVERA, THREE ISLAND FISHERIES** § | CIVIL ACTION NO. B-00-094 |
| **INC., M/V MISS KAY AND M/V** § | |
| **NEGRITA, their engines, nets, tackle,** § | |
| **apparel, and furniture, etc., <u>in rem</u>,** § | |
| Defendants § | |

## ORDER GRANTING UNOPPOSED MOTION TO INTERVENE OF ZIMCO MARINE, INC.

On the **28** day of **JULY**, 2000, the Court having considered the Unopposed Motion to Intervene of **ZIMCO MARINE, INC.**, it is hereby ordered that the said motion is granted.

The Clerk is hereby ordered to file the Original Complaint in Intervention of **ZIMCO MARINE, INC.**

The Clerk shall send a copy of this order to Counsel for all parties.

SIGNED on this **28** day of **JULY**, 2000.

_____
UNITED STATES DISTRICT JUDGE