AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE  CAB-00-94  17

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8-8-00 |
| NAME OF SERVER (PRINT) Abel Betancourt JR | TITLE Civil process ser |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Ricardo Rivera
~~129~~ 401 W Madison Port Isabel, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
AUG 0 9 2000
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-8-00
         Date
9:30pm

Signature of Server

Address of Server

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. ~~(210)~~ 546-1313
956

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

SUBSCRIBED AND SWORN TO ME
ON THE 9 DAY OF Aug, 19 2000
NOTARY PUBLIC

1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.