19

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 27 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. § <br> Plaintiff § <br> § <br> § <br> KAYLA FISHERIES, INC., RICARDO § <br> RIVERA, THREE ISLAND FISHERIES § <br> INC., M/V MISS KAY and M/V LA § <br> NEGRITA, their engines, nets, tackle, § <br> apparel, and furniture, etc., <u>in rem</u>, § <br> Defendants § | CIVIL ACTION NO. __B-00-094__ <br><br> IN ADMIRALTY |

### AGREED MOTION FOR INTERLOCUTORY SALE OF DEFENDANT VESSEL MISS KAY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff moves that the defendant vessel MISS KAY be ordered sold, for the reason that the expense of keeping the vessel is excessive, and there is unreasonable delay by defendant, KAYLA FISHERIES, INC. in securing the release of the vessel MISS KAY, to plaintiff's detriment.

This motion is based upon Supplemental Rule E(9), Federal Rules of Civil Procedure and the affidavit of plaintiff's counsel hereto annexed.

Dated: October 27, 2000.

RESPECTFULLY SUBMITTED,

RENTFRO FAULK & BLAKEMORE LLP
185 E Ruben M Torres Sr. Blvd
Brownsville, TX 78520-9136
(956) 541-9600 - Phone
(956) 541-9695 - Facsimile

By: _____
T. MARK BLAKEMORE
SBN: 02431800/Fed Admn. No. 1915
ATTORNEYS FOR PLAINTIFF
WELLS FARGO BANK TEXAS, N.A.

## CERTIFICATE OF CONFERENCE

All Counsel-of-record herein have indicated they have no opposition to this Agreed Motion for Interlocutory Sale of Defendant Vessel MISS KAY.

_____
T. MARK BLAKEMORE

## CERTIFICATE OF SERVICE

I, T. MARK BLAKEMORE, do hereby certify that on this 27th day of October, 2000, a true and correct copy of the above and foregoing Agreed Motion For Interlocutory Sale Of Defendant Vessel MISS KAY was delivered via first class mail by depositing with the United States Postal Service addressed as indicated below:

Ricardo Rivera
401 Cisneros
PO Box 1279
Port Isabel, TX 78578-1279

Defendants, RICARDO RIVERA,
F/V NEGRITA, KAYLA FISHERIES, INC.
F/V MISS KAY and
THREE ISLAND FISHERIES, INC.

Tom Fleming
Fleming & Olvera, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, TX 78520

Attorneys for Intervenor
ZIMCO MARINE, INC.

Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, LLP
100 N Expressway 83
Brownsville, TX 78521

Attorneys for Intervenor
VALLEY ICE & FUEL CO., INC.

_____
T. MARK BLAKEMORE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. § | | |
|     Plaintiff § | | |
| § | | |
| § | CIVIL ACTION NO. _____B-00-094_____ | |
| KAYLA FISHERIES, INC., RICARDO § | | |
| RIVERA, THREE ISLAND FISHERIES § | | |
| INC., M/V MISS KAY and M/V LA § | IN ADMIRALTY | |
| NEGRITA, their engines, nets, tackle, § | | |
| apparel, and furniture, etc., in rem, § | | |
|     Defendants § | | |

## AFFIDAVIT OF CIRCUMSTANCES FOR SALE OF VESSEL MISS KAY

This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) and Supplemental Rule C of the Federal Rules of Civil Procedure. This Court has subject matter jurisdiction under 46 USC §31342 and 28 USC §1333.

    T. MARK BLAKEMORE, being first duly sworn says:

    1. That he is the attorney for plaintiff herein.

    2. That the F/V MISS KAY, Official Number 547298, is now at Port Isabel, Texas, in the custody of MARINE SALVAGE & SERVICES, INC., Substitute Custodian for the United States Marshal and subject to large and increasing expenses for keeper's fees and other expenses; that the vessel is likely to deteriorate in value by reason of being detained in custody; that there is a demand for such vessels, and if the sale of said vessel is delayed and it is further detained in custody pending the outcome of this suit, all parties concerned will be injured and damaged by additional expenses for the care and protection of said vessel.

3. That the defendant's time to appear and answer under the rules and order of this court expired, and no answer has been filed or served, and no other claims have been filed or served.

4. That, in his opinion, the interest of all parties concerned will be promoted by a speedy judicial sale of said vessel, her engines, machinery, masts, nets, anchors, cables, rigging, tackle, apparel, furniture, and all fishing appurtenances thereunto appertaining and belonging, and all additions, improvements and replacements, the proceeds of such sale to be brought into court for the benefit of whom it may concern, subject to the further order of the court.

_____
T. MARK BLAKEMORE

STATE OF TEXAS §
§
COUNTY OF CAMERON §

SWORN TO AND SUBSCRIBED before me on the 27th day of October 2000.


VIRGINIA P. GIL
Notary Public, State of Texas
My Commission Expires 10-20-2001

_____
NOTARY PUBLIC, STATE OF TEXAS

**AFFIDAVIT OF CIRCUMSTANCES FOR SALE OF VESSEL MISS KAY**   Page 2 of 2
w:\Wells .Fargo\Vessel Foreclosure File\Kayla Fisheries, Inc.\Miss Kay-"   tmb/vpg