20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 1 3 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A., § § Plaintiff, § § v. § CIVIL ACTION NO. B-00-094 § KAYLA FISHERIES, INC., RICARDO § RIVERA, THREE ISLAND FISHERIES § INC., M/V MISS KAY and M/V § NEGRITA, their engines, nets, tackle, § apparel, appurtenances, etc., in rem, § § Defendants. § | |

## ORDER

BE IT REMEMBERED, that on November 9, 2000, the Court **STRUCK** the Plaintiff's Agreed Motion for Interlocutory Sale of Defendant Vessel Negrita [Dkt. No. 18] and Agreed Motion for Interlocutory Sale of Defendant Vessel Miss Kay [Dkt. No. 19]. Although the motions state that they are unopposed in their caption and in their certificates of conference, it is unclear whether the Defendants have been consulted. The certificates of conference state that all counsel-of-record were consulted, but since the Defendants have not made an appearance in this proceeding, they do not have counsel-of-record. The Plaintiff is granted leave to refile its motions, however, the motions must contain signatures from each of the Parties indicating that they agree that the vessels should be sold through a court-ordered interlocutory sale. If the Plaintiff is unable to obtain the signatures of the Defendants, it must provide documentation that demonstrates that it made a good faith and reasonable effort to obtain them.

DONE at Brownsville, Texas, this 9th day of November 2000.

Hilda G. Tagle
United States District Judge