IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. §<br>Plaintiff §<br>§<br>vs. §<br>§<br>KAYLA FISHERIES, INC., RICARDO §<br>RIVERA, THREE ISLAND FISHERIES §<br>INC., M/V MISS KAY and M/V LA §<br>NEGRITA, their engines, nets, tackle, §<br>apparel, and furniture, etc., <u>in rem</u>, §<br>Defendants § | CIVIL ACTION NO. ___B-00-094___<br><br>IN ADMIRALTY |

### ORDER GRANTING SECOND MOTION FOR INTERLOCUTORY SALE OF DEFENDANT NEGRITA

On this day, came on for hearing a second motion by plaintiff for interlocutory sale of the defendant vessel NEGRITA, and good reason being shown therefor, it is now;

ORDERED:

1. That the defendant vessel NEGRITA be sold by the United States Marshal at the city of Brownsville, Texas ~~on the ____ day of _____, 200__,~~ after six days' ~~public notice given in the manner and form required by law.~~

2. That the Marshal bring the proceeds of such sale into Court, and deposit the same with the Clerk thereof pending the further hearing of this action upon the claim of the plaintiff, and pending the final judgment herein.

Dated: __JANUARY 29__, 200_1_.

_____
UNITED STATES DISTRICT JUDGE

CIVIL ACTION NO. _____B-00-094_____

AGREED TO BY:

| | |
|---|---|
| RENTFRO, FAULK & BLAKEMORE LLP<br>185 E. Ruben M. Torres Sr. Blvd<br>Brownsville, TX 78520-9136<br><br>By: _/s/ T. Mark Blakemore_<br>    T. Mark Blakemore<br>Attorneys for Plaintiff<br>WELLS FARGO BANK TEXAS, N.A. | THREE ISLAND FISHERIES, INC.<br>401 Cisneros<br>P. O. Box 1279<br>Port Isabel, TX 78578-1279<br><br>By: _/s/ Ricardo Rivera_<br>    Ricardo Rivera<br>Its: _____<br>Defendant |
| RICARDO RIVERA<br>401 Cisneros<br>P. O. Box 1279<br>Port Isabel, TX 78578-1279<br><br>_/s/ Ricardo Rivera_<br>RICARDO RIVERA<br>F/V NEGRITA<br>Defendant | SANCHEZ, WHITTINGTON, JANIS & ZABARTE, LLP<br>100 N. Expressway 83<br>Brownsville, TX 78521<br><br>By: _/s/ Dennis Sanchez_<br>    Dennis Sanchez<br>Attorneys for Intervenor<br>VALLEY ICE & FUEL CO., INC. |
| KAYLA FISHERIES, INC., F/V MISS KAY<br>401 Cisneros<br>P. O. Box 1279<br>Port Isabel, TX 78578-1279<br><br>By: _/s/ Ricardo Rivera_<br>    Ricardo Rivera<br>Its: _____<br>Defendant | FLEMING & OLVERA, P.C.<br>1650 Paredes Line Rd, Suite 102<br>Brownsville, TX 78520<br><br>By: _/s/ Tom Fleming_<br>    Tom Fleming<br>Attorneys for Intervenor<br>ZIMCO MARINE, INC. |