24

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. §<br>Plaintiff §<br>§<br>vs. §<br>§<br>KAYLA FISHERIES, INC., RICARDO §<br>RIVERA, THREE ISLAND FISHERIES §<br>INC., M/V MISS KAY and M/V LA §<br>NEGRITA, their engines, nets, tackle, §<br>apparel, and furniture, etc., <u>in rem</u>, §<br>Defendants § | CIVIL ACTION NO. _____B-00-094_____<br><br>IN ADMIRALTY |

## ORDER GRANTING SECOND MOTION FOR INTERLOCUTORY SALE OF DEFENDANT MISS KAY

On this day, came on for hearing a second motion by plaintiff for interlocutory sale of the defendant vessel MISS KAY, and good reason being shown therefor, it is now;

ORDERED:

1. That the defendant vessel MISS KAY be sold by the United States Marshal at the city of Brownsville, Texas on ~~the _____ day of _____, 200__, after six days' public notice given in the manner and form required by law.~~

2. That the Marshal bring the proceeds of such sale into Court, and deposit the same with the Clerk thereof pending the further hearing of this action upon the claim of the plaintiff, and pending the final judgment herein.

Dated: __JANUARY 29__, 200_1_.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND MOTION FOR INTERLOCUTORY SALE OF
DEFENDANT VESSEL MISS KAY
w:\Wells .Fargo\Vessel Foreclosure File\Kayla Fisheries, Inc.\Miss Kay-"   tmb/vpg

Page 1 of 2

CIVIL ACTION NO. _____B-00-094_____

AGREED TO BY:

RENTFRO, FAULK & BLAKEMORE LLP
185 E. Ruben M. Torres Sr. Blvd
Brownsville, TX 78520-9136

By: _____
    T. Mark Blakemore
Attorneys for Plaintiff
WELLS FARGO BANK TEXAS, N.A.

THREE ISLAND FISHERIES, INC.
401 Cisneros
P. O. Box 1279
Port Isabel, TX 78578-1279

By: _____
    Ricardo Rivera
Its: _____
Defendant

RICARDO RIVERA
401 Cisneros
P. O. Box 1279
Port Isabel, TX 78578-1279

_____
RICARDO RIVERA
F/V NEGRITA
Defendant

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, LLP
100 N. Expressway 83
Brownsville, TX 78521

By: _____
    Dennis Sanchez
Attorneys for Intervenor
VALLEY ICE & FUEL CO., INC.

KAYLA FISHERIES, INC., F/V MISS KAY
401 Cisneros
P. O. Box 1279
Port Isabel, TX 78578-1279

By: _____
    Ricardo Rivera
Its: _____
Defendant

FLEMING & OLVERA, P.C.
1650 Paredes Line Rd, Suite 102
Brownsville, TX 78520

By: _____
    Tom Fleming
Attorneys for Intervenor
ZIMCO MARINE, INC.