25

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-094 |
| | § | |
| KAYLA FISHERIES, INC., et al, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on January 29, 2001, the Court granted the Parties' Agreed Second Motion for Interlocutory Sale of Defendant Vessel Miss Kay [Dkt. No. 22] and Second Motion for Interlocutory Sale of Defendant Vessel Negrita [Dkt. No. 21] through separate written orders signed on this same date. The Court supplements the aforementioned orders with the following provisions for the sale of the vessels:

(1)     The vessels and all necessaries appertaining or belonging to the vessels shall be sold at a public auction within approximately one month of the date of this order by the United States Marshal free and clear of any claims, liens, or encumbrances. The sale shall be conducted pursuant to the provisions of the Supplemental Admiralty Rules of the United States District Court for the Southern District of Texas and the Federal Rules of Civil Procedure;

(2)     Notice of the public auction shall be provided as required by the Supplemental Admiralty Rules of the United States District Court for the Southern District of Texas;

(3)     All charges and expenses incurred by the Marshal in providing notice for and conducting the sale shall be deducted from the sale proceeds;

1

(4)    During reasonable business hours, prospective purchasers may make arrangements with the Substitute Custodian of the vessels to board and inspect them at their own risk;

(5)    The sale of the vessels shall be conducted in the following manner:

    (a)    Sale shall be to the highest bidder;

    (b)    The highest bidder shall be required to deliver ten percent of the bid in cash, certified check, or wire transfer to the Clerk of the Court at the time of the sale, and the balance of the bid shall be paid within three business days; and,

    (c)    All bidders must register with the Marshal before the sale.

(6)    All custodial and administrative expenses incurred by or on behalf of the Marshal, including expenses incurred by the Substitute Custodian, shall be reimbursed out of the proceeds of the sale, subject to Court determination of their reasonableness and necessity; and,

(7)    The Court will enter an order confirming the sale of the vessel unless the purchaser is in default or timely objection is made pursuant to the Supplemental Admiralty Rules of the United States District Court for the Southern District of Texas. Prior to filing an objection, the objecting party shall deposit a sum with the Marshal which will pay all *custodia legis* expenses of keeping the vessel or vessels for at least seven (7) days, subject to additional advances as necessary.

DONE at Brownsville, Texas, this 29 day of January 2001.

_____
Hilda G. Tagle
United States District Judge

2