32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-094 |
| KAYLA FISHERIES, INC., et al, | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on April 18, 2001, the Court **CONFIRMED** the United States Marshal's sale of the M/V Miss Kay and M/V La Negrita. The United States Marshal has filed returns of service for the sale of the vessels [Dkt. Nos 26 to 31], the time for filing objections to the sale under this Court's Local Rules has expired, and no objections to the sale have been lodged. The United States Marshal is **ORDERED** to issue a bill of sale to Robin Talianicich, the successful bidder on both vessels.

DONE at Brownsville, Texas, this 18th day of April 2001.

_____
Hilda G. Tagle
United States District Judge