United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A.<br>Plaintiff | § § § § | |
| | § | CIVIL ACTION NO. B-00-094 |
| KAYLA FISHERIES, INC., RICARDO RIVERA, THREE ISLAND FISHERIES INC., M/V MISS KAY and M/V LA NEGRITA, their engines, nets, tackle, apparel, and furniture, etc., <u>in rem</u>,<br>Defendants | § § § § § § | IN ADMIRALTY |

## PLAINTIFF WELLS FARGO BANK TEXAS, N.A.'S
## REQUEST FOR ENTRY OF DEFAULT

TO THE U. S. DISTRICT CLERK:

**COMES NOW** Plaintiff, **WELLS FARGO BANK TEXAS, N.A.**, by its attorney, and files this its Request for Entry of Default. Plaintiff asks the clerk of the court to enter default against defendant, as authorized by Federal Rule of Civil Procedure 55 and states as follows:

A. Introduction

1. **WELLS FARGO BANK TEXAS, N.A.** is plaintiff. **KAYLA FISHERIES, INC., RICARDO RIVERA, THREE ISLAND FISHERIES INC., M/V MISS KAY and M/V LA NEGRITA,** their engines and nets, tackle, apparel and furniture, *in rem,* are defendants.

2. On June 23, 2000, plaintiff sued defendants to collect a debt and to

foreclose a preferred ship mortgage against the **F/V MISS KAY** and **F/V LA NEGRITA**.

3. On June 26, 2000, defendant **RICARDO RIVERA**, individually and as registered agent of **KAYLA FISHERIES, INC.** and **THREE ISLAND FISHERIES INC.** and **F/V MISS KAY** and **F/V LA NEGRITA** were served with summons and copies of plaintiff's complaint by personal service and by service of warrant of arrest of vessel by a Deputy U.S. Marshal. Copies of the returns of service are attached as **Exhibit "A"**. Defendants did not file responsive pleadings, otherwise defend the suit nor was there filed any claim of owner on behalf of the Defendant vessels.

4. Plaintiff is, therefore, entitled to entry of default.

### B. Argument & Authorities

1. The clerk of the court may enter default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

2. The clerk should enter a default against defendants because defendants did not file answers within 20 days after June 26, 2000, the date of service. Fed. R. Civ. P. 12(a)(1)(A).

3. Plaintiff meets the procedural requirements for obtaining entry of default from the clerk as demonstrated by T. Mark Blakemore's sworn affidavit, attached as **Exhibit "B"**.

4. Because defendants did not file responsive pleadings or otherwise defend the suit, defendants are not entitled to notice of entry of default. *See Direct Mail Specialists, Inc. v. Eclat Computerized Tech., Inc.*, 840 F.2d 685, 689 (9th Cir. 1988).

## C. Conclusion

1. Plaintiff requests the entry of default in order to file its Motion for Default Judgment before this Honorable Court and to properly continue with this matter and request funds obtained from the interlocutory sale of the defendant vessels to satisfy any judgment granted herein.

## D. Prayer

1. For these reasons, plaintiff asks the clerk to enter default in favor of plaintiff.

Respectfully Submitted,

RENTFRO, FAULK & BLAKEMORE, LLP
185 E. Ruben M. Torres Sr. Blvd.
Brownsville, TX 78520-9136
(956) 541-9600-phone
(956) 541-9695-facsimile

_____
T. MARK BLAKEMORE
SBN: 02431800
Federal Admn. No. 1915

ATTORNEYS FOR PLAINTIFF

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>WELLS FARGO BANK TEXAS NA | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>RICARDO RIVERA | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RICARDO RIVERA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
129 Channel St., Box 1279
Port Isabel, TX 78578

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
RENTFRO PAULK & BLAKEMORE LLP
185 E RUBEN M TORRES SR BLVD
BROWNSVILLE TX 78520-9136

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                           Fold

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (956) 541-9600    DATE 6-22-00

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
RICARDO RIVERA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
401 CISNEROS
PORT ISABEL, TEXAS 78578

Date of Service: 06/26/2000    Time: 4:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | $23.40 | -0- | $63.40 | -0- | $63.40 | -0- |

REMARKS: PERSONALLY SERVED 4:30 PM, 6/26/2000. 36 miles one-way. 1 DUSM.

EXHIBIT A
Page 1 of 5

PRIOR EDITIONS MAY BE USED    5. ACKNOWLEDGMENT OF RECEIPT    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| KAYLA FISHERIES, INC. | SUMMONS AND COMPLAINT |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
by serving its registered agent, RICARDO RIVERA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
129 Channel St., Box 1279  
Port Isabel, TX 78578

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE  
RENTFRO FAULK & BLAKEMORE LLP  
185 E RUBEN M TORRES SR BLVD  
BROWNSVILLE TX 78520-9136

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):  
Fold                                                                                                          Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER (956) 541-9600   DATE 6-22-00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| RICARDO RIVERA | | |
| Address (complete only if different than shown above) | Date of Service | Time am |
| 401 CISNEROS PORT ISABEL, TEXAS 78578 | 06/26/2000 | 4:30 pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | -0- | -0- | $40.00 | -0- | $40.00 | -0- |

REMARKS:   PERSONALLY SERVED ON RICARDO RIVERA 4:30 PM, 6/26/2000. MILEAGE CHARGED ON RICARDO RIVERA 285. 1 DUSM.

**EXHIBIT A**  
Page 2 of 5

| PRIOR EDITIONS MAY BE USED | 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>WELLS FARGO BANK TEXAS NA | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>THREE ISLAND FISHERIES INC | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**by serving its registered agent, RICARDO RIVERA**

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**129 Channel St., Box 1279**
**Port Isabel, TX 78578**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
RENTFRO FAULK & BLAKEMORE LLP
185 E RUBEN M TORRES SR BLVD
BROWNSVILLE TX 78500-9136

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:　☒ PLAINTIFF　☐ DEFENDANT
TELEPHONE NUMBER: (956) 541-9600
DATE: 6-22-00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
**RICARDO RIVERA**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
**401 CISNEROS**
**PORT ISABEL, TEXAS 78578**

Date of Service: 06/26/2000　Time: 4:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | -0- | -0- | $40.00 | -0- | $40.00 | -0- |

REMARKS: **PERSONALLY SERVED ON RICARDO RIVERA 4:30 PM, 6/26/2000. MILEAGE CHARGED ON RICARDO RIVERA 285. 1 DUSM.**

**EXHIBIT A**
**Page 3 of 5**

PRIOR EDITIONS MAY BE USED　　5. ACKNOWLEDGMENT OF RECEIPT　　FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WELLS FARGO BANK TEXAS NA | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KAYLA FISHERIES INC | WARRANT OF ARREST |

**SERVE →**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V MISS KAY

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
RENTFRO FAULK & BLAKEMORE LLP
185 E RUBEN M TORRES SR BLVD
BROWNSVILLE TX 78520-9136

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Coordinate arrest with MARINE SALVAGE & SERVICES INC
(William E "Billy" Kenon), telephone 943-2648, the
appointed Substitute Custodian.

Signature of Attorney or other Originator requesting service on behalf of:

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (956) 541-9600
DATE: 6-22-00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
RICARDO RIVERA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
401 CISNEROS
PORT ISABEL, TEXAS 78578

Date of Service: 06/26/2000
Time: 4:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | -0- | -0- | $40.00 | -0- | $40.00 | -0- |

REMARKS: VESSEL WAS UNOCCUPIED. PROCESS WAS LEFT IN PLAIN VIEW ON THE BRIDGE. COPIES OF THE PROCESS WERE SERVED ON RICARDO RIVERA. MILEAGE WAS CHARGED ON RICARDO RIVERA 285. 1 DUSM.

**EXHIBIT A**
**Page 4 of 5**

| PRIOR EDITIONS MAY BE USED | 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>WELLS FARGO BANK TEXAS NA | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>RICARDO RIVERA | TYPE OF PROCESS<br>WARRANT OF ARREST |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V NEGRITA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
RENTFRO FAULK & BLAKEMORE LLP
185 E RUBEN M TORRES SR BLVD
BROWNSVILLE TX 78520-9136

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Coordinate arrest with MARINE SALVAGE & SERVICES INC
(William E "Billy" Kenon), telephone 943-2648, the
appointed Substitute Custodian.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(956) 541-9600 | DATE<br>6-22-00 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>RICARDO RIVERA | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above)<br>401 CISNEROS<br>PORT ISABEL, TEXAS 78573 | Date of Service<br>06/26/2000 | Time<br>4:00 | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | -0- | -0- | $40.00 | -0- | $40.00 | -0- |

REMARKS: VESSEL WAS UNOCCUPIED. PROCESS WAS LEFT IN PLAIN VIEW ON THE BRIDGE. COPIES OF THE PROCESS WERE SERVED ON RICARDO RIVERA. MILEAGE CHARGED ON RICARDO RIVERA 285. 1 DUSM.

**EXHIBIT A**
**Page 5 of 5**

| PRIOR EDITIONS<br>MAY BE USED | 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. Plaintiff | § § § § | |
| | § | CIVIL ACTION NO. B-00-094 |
| KAYLA FISHERIES, INC., RICARDO RIVERA, THREE ISLAND FISHERIES INC., M/V MISS KAY and M/V LA NEGRITA, their engines, nets, tackle, apparel, and furniture, etc., <u>in rem</u>, Defendants | § § § § § § § | IN ADMIRALTY |

AFFIDAVIT IN SUPPORT
OF
REQUEST FOR ENTRY OF DEFAULT

STATE OF TEXAS        §
                      §
COUNTY OF CAMERON     §

On this day, **T. MARK BLAKEMORE** appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is **T. Mark Blakemore**, attorney for Plaintiff. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Plaintiff filed suit against defendants on June 23, 2000. Plaintiff requested service through the U. S. Marshal's office and on or about June 26, 2000.

Affidavit in Support of Request for Entry of Default
w:\01629*129\Affidavit in Support of Request for Default 20030203 TMB/vpg

**EXHIBIT B
PAGE 1 of 2**

RICARDO RIVERA, individually and as registered agent for **KAYLA FISHERIES, INC. THREE ISLAND FISHERIES, INC., M/V MISS KAY** and **M/V LA NEGRITA** were served with summons and copies of plaintiff's complaint by personal service and by warrant of arrest of vessel by a Deputy U.S. Marshal as evidenced by the U. S. Marshal's returns filed and identified as Exhibit A to the Request for Entry of Default.

The defendants **RICARDO RIVERA, KAYLA FISHERIES, INC. THREE ISLAND FISHERIES, INC., M/V MISS KAY** and **M/V LA NEGRITA** did not file answers within the 20 days after June 26, 2000, the date of service and no claim of owner was filed on behalf of **M/V MISS KAY** or **M/V LA NEGRITA**. Plaintiff is therefore entitled to a default judgment against defendants as provided by Fed. R. Civ. P. 55(a); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996)."

_____
T. MARK BLAKEMORE

SWORN TO and SUBSCRIBED before me by T. Mark Blakemore on February 5, 2003.

VIRGINIA P. GIL
Notary Public, State of Texas
My Commission Expires 11-05-2005

_____
NOTARY PUBLIC, STATE OF TEXAS

Affidavit in Support of Request for Entry of Default
w:\01629*129\Affidavit in Support of Request for Default 20030203 TMB/vpg

**EXHIBIT B**
**PAGE 2 of 2**