IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WELLS FARGO BANK TEXAS, N.A. § <br> Plaintiff § <br> § <br> § <br> KAYLA FISHERIES, INC., RICARDO § <br> RIVERA, THREE ISLAND FISHERIES § <br> INC., M/V MISS KAY and M/V LA § <br> NEGRITA, their engines, nets, tackle, § <br> apparel, and furniture, etc., in rem, § <br> Defendants § | CIVIL ACTION NO. B-00-094 <br><br> IN ADMIRALTY |

### CLERK'S ENTRY OF DEFAULT

On February 5, 2003 plaintiff **WELLS FARGO BANK TEXAS, N.A.** filed its request for entry of default against defendants, **RICARDO RIVERA, KAYLA FISHERIES, INC., THREE ISLAND FISHERIES, INC., F/V MISS KAY** and **F/V LA NEGRITA**. The Clerk, after reviewing plaintiff's request,

**FINDS** the record supports entry of default and so dockets the record.

SIGNED on February 5, 2003.

Michael N. Milby, Clerk
_____
U. S. DISTRICT CLERK

By: (signature)

APPROVED & ENTRY REQUESTED:
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Boulevard
Brownsville, TX 78520-9136
(956) 541-9600 - Telephone
(956) 541-9695 - Facsimile

By: (signature)
T. Mark Blakemore
Fed. ID No. 1915 - State Bar No. 02431800
Attorneys for **WELLS FARGO BANK TEXAS, N.A.**