United States District Court
Southern District of Texas
ENTERED

AUG 1 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _Doriumada_

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

WELLS FARGO BANK TEXAS, N.A. §
    Plaintiff §
§
§ CIVIL ACTION NO. B-00-094
§
KAYLA FISHERIES, INC.,  RICARDO §
RIVERA, THREE ISLAND FISHERIES §
INC., M/V MISS KAY and M/V LA § IN ADMIRALTY
NEGRITA, their engines, nets, tackle, §
apparel, and furniture, etc., *in rem*, §
    Defendants §

## DEFAULT JUDGMENT

On February 3, 2003 the Clerk considered Plaintiff **WELLS FARGO BANK TEXAS, N.A.'s** Request for Entry of Default against Defendants **KAYLA FISHERIES, INC., RICARDO RIVERA, THREE ISLAND FISHERIES, INC., M/V MISS KAY** and **M/V LA NEGRITA**.   The Clerk entered default on February 5, 2003.  After considering the Court's file and Plaintiff's and Intervenors' Joint Motion for Default Judgment with its supporting affidavit, the Court

**FINDS** that Plaintiff, **WELLS FARGO BANK TEXAS, N.A.**, has a claim against Defendants under the June 24, 1996 promissory note and its modification and renewal dated March 14, 1997, both secured by a first preferred ship's mortgage, and attorneys fees and expenses for collection of the debt as provided in said note;

**FINDS** that the Defendant Vessels **M/V MISS KAY** and **M/V LA NEGRITA** were arrested on June 26, 2000;

**FINDS** that **ZIMCO MARINE, INC.** and **VALLEY ICE & FUEL CO., INC.** intervened in this action on or about July 31, 2000 and that **VALLEY ICE & FUEL CO., INC.** withdrew its claim;

**FINDS** that pursuant to the Court's order for interlocutory sale the Defendant Vessels, **M/V MISS KAY** and **M/V LA NEGRITA,** were sold at public auction on February 28, 2001 and the sale was confirmed by this Court on April 18, 2001; and

**RENDERS** judgment, jointly and severally, against Defendants, **KAYLA FISHERIES, INC., RICARDO RIVERA, THREE ISLAND FISHERIES, INC.,** *in personam*, and the Defendant Vessels, **M/V MISS KAY** and **M/V LA NEGRITA,** *in rem,* it is therefore:

**ORDERED AND ADJUDGED** that Intervenor, **ZIMCO MARINE, INC.** recover of and from Defendants, **KAYLA FISHERIES, INC., RICARDO RIVERA** and **THREE ISLAND FISHERIES, INC.,** *in personam,* and Defendant Vessels, **M/V MISS KAY and M/V LA NEGRITA, their engines and nets, tackle, apparel, and furniture, etc.,** *in rem.*, the sum of $6,192.87 plus interest at the contractual rate of twelve (12%) percent per annum from July 19, 2000 until the date of this judgment;

**ORDERED AND ADJUDGED** that Plaintiff, **WELLS FARGO BANK TEXAS, N.A.** recover of and from Defendants, **KAYLA FISHERIES, INC., RICARDO RIVERA** and **THREE ISLAND FISHERIES, INC.,** *in personam,* and Defendant Vessels, **M/V MISS KAY** and **M/V LA NEGRITA,** *in rem,* the sum of $60,470.09 plus accrued interest in the amount of $37,742.06 through June 28, 2004 and such interest as may accrue thereafter until the date of this judgment at the rate of $21.12 per day;

**ORDERED AND ADJUDGED** that Plaintiff, **WELLS FARGO BANK TEXAS, N.A.** recover of and from Defendants, **KAYLA FISHERIES, INC., RICARDO RIVERA,** and **THREE ISLAND FISHERIES, INC.,** *in personam,* and Defendant Vessels, **M/V MISS KAY** and **M/V LA NEGRITA,** *in rem,* attorney's fees in the amount of $14,731.82.

**ORDERED AND ADJUDGED** that Plaintiff, **WELLS FARGO BANK TEXAS, N.A.,** recover of and from Defendants, **KAYLA FISHERIES, INC., RICARDO RIVERA,** and **THREE ISLAND FISHERIES, INC.,** *in personam,* and Defendant Vessels, **M/V MISS KAY** and **M/V LA NEGRITA,** *in rem,* costs of court.

**ORDERED AND ADJUDGED** that Plaintiff **WELLS FARGO BANK TEXAS, N.A.,** recover post judgment interest of 18% per annum on the judgment amount until fully satisfied, and Intervenor **ZIMCO MARINE, INC.** recover post judgment interest of 12% per annum on the judgment amount until fully satisfied.

**ORDERED AND ADJUDGED** that execution on this judgment issue.

**ORDERED AND ADJUDGED** that funds deposited in the registry of the court from the sale of the **M/V MISS KAY** and **M/V LA NEGRITA** in the amount of $20,000.00 plus any accrued interest be first applied toward payment of U. S. Marshal's fees and expenses, other costs of court, and the fees and expenses of the substitute custodian up to the amount of $19,343.82; and any remaining balance be paid over to Intervenor **ZIMCO MARINE, INC.** up to amount of its judgment and then to Plaintiff **WELLS FARGO BANK TEXAS, N.A.** in satisfaction or partial satisfaction of this judgment

**ORDERED AND ADJUDGED** that the funds on deposit with the U. S. Marshal, whether transferred to the Registry of this Court or kept within the U. S. Marshal's office

be returned to Plaintiff **WELLS FARGO BANK TEXAS, N.A.**, in the sum of $10,000.00

less costs paid or owed to the U. S. Marshal, if any.

SIGNED on _____ 13, 2004.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED BY:

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-telephone • (956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

By: _____
    T. Mark Blakemore
Federal ID No. 1915 • State Bar No. 02431800

Attorneys for **WELLS FARGO BANK TEXAS, N.A.**

Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78520
(956) 982-4404- telephone • (956) 982-0973-facsimile

By: _____
    Tom Fleming
Federal ID No. 1188 • State Bar No. 07133000

Attorneys for **ZIMCO MARINE, INC.**

Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731- telephone • (956) 546-3465/66-facsimile

By: _____
    T. Mark Blakemore for Dennis Sanchez
By permission
Federal ID No. 1594 • State Bar No. 17569600

Attorneys for **VALLEY ICE & FUEL, INC.**