United States District Court
Southern District of Texas
FILED

SEP 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK OF TEXAS, N.A.,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | CIVIL ACTION NO.  B-00-094 | |
| **KAYLA FISHERIES, INC., RICARDO** § | | |
| **RIVERA, and THREE ISLAND** § | | |
| **FISHERIES, INC., M/V MISS KAY and** § | | |
| **M/V LA NEGRITA, their engines, nets,** § | | |
| **Tackle, apparel, and furniture, etc.,** § | | |
| ***in rem*,** § | | |
| **Defendants** § | **IN ADMIRALTY** | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on or about August 17, 2004 against **KAYLA FISHERIES, INC., RICARDO RIVERA, and THREE ISLAND FISHERIES, INC., and M/V MISS KAY and M/V LA NEGRITA, their engines, nets, tackle, apparel, and furniture, *etc., in rem*,** the Clerk is required to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 223.40 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for | 0.00 |

use in the case

| | |
|---|---:|
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
|     U.S. Marshal's fees related to Sale of Vessels | 640.00 |
|     Substitute Custodian Fees | 19,343.82 |
|     Publication Fee-The Brownsville Herald paid by U.S. Marshal | 449.64 |
|     Insurance Fee | 1,485.00 |
| TOTAL | $22,291.86 |

SPEICAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: KAYLA FISHERIES, INC., RICARDO RIVERA and THREE ISLAND FISHERIES, INC., P. O. Box 1279, Port Isabel, Texas 78578-1279; TOM FLEMING, Fleming & Hernandez, P.C. 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78520; and DENNIS SANCHEZ, Sanchez, Whittington, Janis & Zabarte, LLP, 100 North Expressway 83, Brownsville, Texas 78521.

T. MARK BLAKEMORE

For: **WELLS FARGO BANK OF TEXAS, N.A.**            DATE: September 3, 2004

Costs are taxed in the amount of $22,291.86 and included in the judgment.

MICHAEL N. MILBY            By:_____            _____
Clerk of Court                      Deputy Clerk                        Date