IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A.<br>Plaintiff | § § § § | |
| | § | CIVIL ACTION NO. B-00-094 |
| KAYLA FISHERIES, INC., RICARDO RIVERA, THREE ISLAND FISHERIES INC., M/V MISS KAY and M/V LA NEGRITA, their engines, nets, tackle, apparel, and furniture, etc., *in rem*,<br>Defendants | § § § § § § § | IN ADMIRALTY |

**PLAINTIFF WELLS FARGO BANK TEXAS, N.A., AND
INTERVENORS, ZIMCO MARINE, INC. and VALLEY ICE & FUEL CO., INC.'s
UNOPPOSED JOINT MOTION TO DISBURSE FUNDS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW** Plaintiff, **WELLS FARGO BANK TEXAS, N.A.**, and **Intervenors, ZIMCO MARINE, INC.** and **VALLEY ICE & FUEL CO., INC.**, by their attorneys, and file this their Unopposed Joint Motion to Disburse Funds and state as follows:

1. On August 17, 2004, the Court entered a Default Judgment in favor of Plaintiff, **WELLS FARGO BANK TEXAS, N.A.**, and Intevenor, **ZIMCO MARINE, INC.** against Defendants, **KAYLA FISHERIES, INC., RICARDO RIVERA, and THREE ISLAND FISHERIES INC.**

2. The United States Marshal Service transferred funds to the Registry of the Court with the United States District Clerk in the amount of $27,425.36.

3. The United States District Clerk reported to Plaintiff that as of September 3, 2004 said funds have accrued interest in the amount of $1,303.92 and continues to

accrue interest until disbursed.

6. Plaintiff and Intervenors request that the funds held in the registry of the court be disbursed as ordered by this Court.

**Prayer**

7. For these reasons, Plaintiff, **WELLS FARGO BANK TEXAS, N.A.**, a national banking association and Intervenors **ZIMCO MARINE, INC.** and **VALLEY ICE & FUEL CO., INC.**, pray for the entry of the following findings and request that the Court order the United States District Clerk to issue the following checks:

A. from Plaintiff's deposit and any interest earned on said sum to Plaintiff, **WELLS FARGO BANK TEXAS, N.A.**, %T. Mark Blakemore, 835 E. Levee Street, Fl 6, Brownsville, Texas 78520-5101 the amount of $8,515.00 which sum represents the return of Plaintiff's deposit in the amount of $10,000.00 less the Marshal's insurance fee of $1,485.00 as noted on the Bill of Costs;

B. from the sale proceeds and any interest earned on said sum to the Substitute Custodian, **MARINE SALVAGE & SERVICES, INC.**, %T. Mark Blakemore, 835 E. Levee Street, Fl 6, Brownsville, Texas 78520-5101, the amount of $19,343.82, which sum represents payment of Invoices #051401EK and 022801RNL as noted in the Bill of Costs;

C. from the sale proceeds and any interest earned on said sum to Plaintiff, **WELLS FARGO BANK TEXAS, N.A.**, %T. Mark Blakemore, 835 E. Levee Street, Fl 6, Brownsville, Texas 78520-5101 up to the amount of $1,089.64 which sum represents the return to Plaintiff of the costs of sale, including U.S. Marshal's fees related to the sale of the vessels and the publication fees as noted in the Bill of Costs; and

D.   from the sale proceeds and interest earned from the sale proceeds to Intervenor, **ZIMCO MARINE, INC.**, %Tom Fleming, Fleming & Hernandez, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78520 the remaining amount, if any, which sum represents partial payment of the Judgment.

Dated:  September 28, 2004.

Respectfully submitted,

By: _____
T. Mark Blakemore
SBN 02431800 • Federal ID No. 1915

Attorney for **WELLS FARGO BANK TEXAS, N.A.**

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., Sixth Floor
Brownsville, TX 78520-5101
(956) 541-5900-telephone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com

By: _____
Tom Fleming
Federal ID No. 1188 • State Bar No. 07133000

Attorneys for **ZIMCO MARINE, INC.**

Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78520
(956) 982-4404-telephone
(956) 982-0973-facsimile

By: _____
T. Mark Blakemore for Dennis Sanchez
By permission
Federal ID No. 1594 • State Bar No. 17569600

Attorneys for **VALLEY ICE & FUEL, INC.**

Sanchez, Whittington, Janis & Zabarte, LLP

100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731- telephone
(956) 546-3465/66-facsimile

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Federal Rules of Civil Procedure 5(b), on the 28th day of September, 2004, a true and correct copy of the foregoing pleading was served upon defendants in the manner indicated below:

*Via U.S. Certified Mail, RRR#7003 2260 0003 0888 3893*
**RICARDO RIVERA**, Individually and as registered agent for
**KAYLA FISHERIES, INC. and THREE ISLAND FISHERIES INC.**
P O Box 1279
Port Isabel, Texas 78578-1279

_____
T. Mark Blakemore