United States District Court
Southern District of Texas
ENTERED

**OCT 18 2004**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. Plaintiff | § § § § | |
| | § | CIVIL ACTION NO. B-00-094 |
| KAYLA FISHERIES, INC., RICARDO RIVERA, THREE ISLAND FISHERIES INC., M/V MISS KAY and M/V NEGRITA, their engines, nets, tackle, apparel, and furniture, etc., *in rem*, Defendants | § § § § § § § | IN ADMIRALTY |

## ORDER TO DISBURSE FUNDS
## HELD IN THE REGISTRY OF THE COURT

On this day, the court considered plaintiff WELLS FARGO BANK TEXAS, N.A. and intervenors ZIMCO MARINE, INC. and VALLEY ICE & FUEL CO., INC.'s Unopposed Joint Motion to Disburse Funds. After considering the court's file, the court

ORDERS the United States District Clerk to issue the following checks ~~within~~ with *at a reasonable time period* ~~three business days~~ of the entry of this order as follows:

A.  from Plaintiff's deposit ~~and any interest earned on said sum~~ to Plaintiff, WELLS FARGO BANK TEXAS, N.A., ℅ T. Mark Blakemore, 835 E. Levee Street, Fl 6, Brownsville, Texas 78520-5101 the amount of $8,515.00 plus ~~any interest earned on said sum,~~ which sum represents the return of Plaintiff's deposit in the amount of $10,000.00 less the Marshal's insurance fee of $1,485.00 as noted on the Bill of Costs;

---

B.  from the sale proceeds and any interest earned on said sum to the Substitute Custodian, **MARINE SALVAGE & SERVICES, INC.**, %T. Mark Blakemore, 835 E. Levee Street, Fl 6, Brownsville, Texas 78520-5101, the amount of $19,343.82, which sum represents payment of Invoices #051401EK and 022801RNL as noted in the Bill of Costs;

C.  from the sale proceeds and any *Remaining* interest earned on said sum to Plaintiff, **WELLS FARGO BANK TEXAS, N.A.**, %T. Mark Blakemore, 835 E. Levee Street, Fl 6, Brownsville, Texas 78520-5101 up to the amount of $1,069.54 which sum represents the return to Plaintiff of the costs of court and sale, including U.S. Marshal's fees related to the sale of the vessels and the publication fees as noted in the Bill of Costs.; and

D.  from the sale proceeds and interest earned from the sale proceeds to Intervenor, **ZIMCO MARINE, INC.**, %Tom Fleming, Fleming & Hernandez, P.C., 1650 Paredes Line Road, Suite 102, Brownsville, Texas 78520 the remaining amount, if any, which sum represents partial payment of the Judgment.

SIGNED on ~~September~~ *October* 18, 2004.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

835 E. Levee Street, FL 6
Brownsville, TX 78520-5101
(956) 541-5900 - Telephone
(956) 541-5905 - Facsimile
tmblakemore@tmb-atty.com - Email

_____
T. Mark Blakemore
Federal ID No. 1915 · State Bar No. 02431800
Attorney for WELLS FARGO BANK TEXAS, N.A.

Order on Unopposed Joint Motion to Disburse Funds
Order to disburse funds 20040915 TMB/vpg
Page 2 of 5

Sanchez, Whittington, Janis & Zabarte, LLP

By: _____
T. Mark Blakemore with permission of Dennis Sanchez
Federal ID No. 1594 • State Bar No. 17569600

Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731- telephone
(956) 546-3465/66-facsimile

Attorney for VALLEY ICE & FUEL CO., INC.


Fleming & Hernandez, P.C.

By: _____
Tom Fleming
Federal ID No. 1188 • State Bar No. 07133000

Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78520
(956) 982-4404-telephone
(956) 982-0973-facsimile

Attorney for ZIMCO MARINE, INC.

Order on Unopposed Joint Motion to Disburse Funds
w:\91829\Order to disburse funds 20041015 TMB\pg
Page 3 of 6